Joseph Bupee #1411889

March 23, 2023
2:41 pm

RECEIVED
MAR 27 2023
CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY

Dear United States Courthouse Austin,

My name is Joseph Bupee & I am writing a said complaint against Comal County for the direct interference of my legal mail. I wrote a grievance about this March 18, 2023 they replied "what is your request? Most recent legal mail you sent out was picked up by Post office was 6th, 17th of March. I have written 13 letters @ that point only 3 replies back. Today is March 23, 2023 and I have written another 10 for myself this one makes 11 and another one to the San Antonio district U.S. Courthouse. I have recorses who, what, where, and when of each and every letter so you can go on the stored network of video to look @ the exact time I wrote each letter and sealed it. I am mailing all letters physically in the morning of this dated letter.

Thank you

J_____



Joseph Bupee #644985
3005 IH-35 South
New Braunfels, Texas 78130

COMAL COUNTY JAIL
INMATE MAIL

Clerk of the United States
501 West 5th Street Ste 1100
Austin, TX - 78701

legal mail
#12 letter

LEGAL MAIL

this is federal legal mail Do not open!