IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| JOSEPH BURPEE<br>Comal County #644889,<br>  PLAINTIFF,<br><br>V.<br><br>COMAL COUNTY,<br>  DEFENDANT. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL NO. A-23-CV-347-LY |

## ORDER OF DISMISSAL

Before the court is Plaintiff's civil-rights complaint. The court presumes Plaintiff seeks leave to proceed *in forma pauperis*. After consideration of Plaintiff's complaint, Plaintiff is denied leave to proceed *in forma pauperis* and his complaint is dismissed without prejudice.

Under the Prison Litigation Reform Act, a prisoner cannot bring a new civil action or appeal a judgment in a civil action *in forma pauperis* if he or she has three or more times in the past, while incarcerated, brought a civil action or appeal in federal court that was dismissed because it was frivolous, malicious, or failed to state a claim upon which relief may be granted. The only exception to this is if the prisoner is in "imminent danger of serious physical injury." *See* 28 U.S.C. § 1915(g). A prisoner who is not proceeding *in forma pauperis* may file a new civil action or appeal even if that prisoner has three or more dismissals described in section 1915(g). Regardless of whether a prisoner proceeds *in forma pauperis* in a civil case, if at any time the prisoner's case is dismissed as frivolous or malicious, or for failure to state a claim, the dismissal will count against the prisoner for purposes of the three-dismissal rule.

1

While incarcerated, Plaintiff has filed at least three civil actions or appeals that have been dismissed as frivolous, malicious or for failure to state a claim. *See Burpee v. Cutler*, No. 5:21-CV-00757-JKP (W.D. Tex.) (dismissed as frivolous Nov. 16, 2021); *Burpee v. Reynolds*, No. 5:22-CV-00355-OLG (W.D. Tex.) (dismissed for failure to state a claim May 24, 2022); *Burpee v. Hays Cnty.* No. 1:22-CV-00176-LY (W.D. Tex.) (dismissed as frivolous Feb. 16, 2023); *Burpee v. Hays Cnty.*, No. 1:22-CV-00352-LY (W.D. Tex.) (dismissed as frivolous July 29, 2022). Therefore, Plaintiff may not file another civil action *in forma pauperis* while incarcerated unless Plaintiff is in "imminent danger of serious physical injury." 28 U.S.C. § 1915(g). Plaintiff's complaint does not meet that standard.

It is therefore **ORDERED** that Plaintiff is **DENIED** leave to proceed *in forma pauperis*, and his complaint is **DISMISSED WITHOUT PREJUDICE** pursuant to the three-dismissal rule of 28 U.S.C. § 1915(g). Plaintiff's complaint may be reinstated only if the full filing fee is paid simultaneously with the filing of a motion to reinstate within 30 days of the date of this Order.

**SIGNED** this 31st day of March, 2023.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE